FILED ____ LODGED
____ RECEIVED

JUN 21 2005

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Judge Franklin D. Burgess

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Laurie L. Kays )
 )
 Plaintiff, )   Civil Action No. C05-5133FDB
 )
 v. )   ~~PROPOSED~~ **ORDER FOR**
 )   **EXTENSION OF TIME**
JO ANNE B. BARNHART, )
 Commissioner of Social Security )
 )
 Defendant. )
_____)

IT IS HEREBY ORDERED that Plaintiff may have to and including June 27, 2005 to file and serve Plaintiff's Opening Brief. Defendant may have to and including July 25, 2005 to Respond. Plaintiff may have to and including August 8, 2005 to Reply.

It is SO ORDERED this 21st day of June, 2005

_____
UNITED STATES MAGISTRATE JUDGE

05-CV-05133-ORD

Larry Juday, Attorney At Law
1920 Broadway
P. O. Box 388
Vancouver, WA 98666
360-750-4641